# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL DEAN, a.k.a.<br>MICHAEL J. DEAN,<br>Defendant,<br>　　　Defendant/Petitioner,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, as Trustee for<br>HarborView Mortgage Loan Trust<br>Mortgage Loan Pass-Through<br>Certificates, Series 2006-5,<br>Plaintiff,<br>　　　Plaintiff/Respondant. | CASE NO.: TO BE ASSIGNED<br><br>NOTICE OF REMOVAL TO FEDERAL<br>COURT PURSUANT TO 28 U.S.C. §§ 1331,<br>1332, 1441 AND 1446<br><br>FILED BY ⲤⲞS D.C.<br>FEB 27 2025<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. – W.P.B. |

## NOTICE OF REMOVAL TO FEDERAL COURT
## PURSUANT TO 28 U.S.C. §§ 1331, 1332, 1441, AND 1446

**COMES NOW**, Defendant, Michael Dean, pro se, and respectfully files this **Notice of Removal** of the above-captioned case from the **Fifteenth Judicial Circuit, Palm Beach County, Florida**, to the **United States District Court for the Southern District of Florida**. This removal is made pursuant to **28 U.S.C. §§ 1331, 1332, 1441, and 1446**, and is based on the existence of **federal question jurisdiction and diversity jurisdiction**, as set forth below:

### I. BASIS FOR REMOVAL

1. **Federal Question Jurisdiction (28 U.S.C. § 1331)**: The underlying case involves claims of **bank fraud (18 U.S.C. § 1344), wire fraud (18 U.S.C. § 1343), and securities fraud (15 U.S.C. § 78j(b))**, all of which arise under federal law.

2. **Diversity Jurisdiction (28 U.S.C. § 1332)**: The parties are completely diverse:

    - **Plaintiff, Deutsche Bank National Trust Company**, is a foreign entity that does not have an office or place of business in Florida.

    - **Defendant, Michael Dean**, is a resident of Palm Beach County, Florida.

    - The amount in controversy exceeds **$75,000**, satisfying the diversity jurisdiction requirement.

3. **Violation of Federal Consumer Protection Laws**: This case involves violations of:

- The Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq.

- The Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2601 et seq.

- The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.

4. **Unlawful Business Practices and Lack of Proper Registration:**

    - **Albertelli Law (ALAW), the law firm representing Deutsche Bank, is not registered in Florida.**

    - **The foreclosure action relies on fraudulent mortgage assignments and improper handling of securitized loans**, which constitute violations of federal law.

5. **Judicial Bias and Due Process Violations:**

    - The presiding judge, **Judge Bradley G. Harper**, has demonstrated **bias by repeatedly refusing to review material evidence, dismissing valid legal motions without review, and making prejudicial remarks toward the Defendant**.

    - The judge **scheduled a foreclosure sale despite pending motions challenging the legitimacy of the foreclosure judgment**, depriving Defendant of his right to a fair hearing.

    - The judge's actions **constitute a denial of due process under the Fourteenth Amendment,** warranting removal to federal court.

## II. COMPLIANCE WITH REMOVAL PROCEDURE

6. This Notice of Removal is timely filed in accordance with **28 U.S.C. § 1446(b)**, which allows removal at any time upon discovery of grounds for federal jurisdiction.

7. A copy of all pleadings, process, and orders from the state court case will be filed with this Notice of Removal as required by **28 U.S.C. § 1446(a)**.

8. Written notice of this removal will be promptly filed with the **Fifteenth Judicial Circuit, Palm Beach County, Florida**, and served on all adverse parties as required by **28 U.S.C. § 1446(d)**.

## III. REQUEST FOR RELIEF

WHEREFORE, Defendant, Michael Dean, respectfully requests that this Honorable Court:

1. **Take jurisdiction over this matter and docket the case accordingly;**

2. **Declare the foreclosure proceedings void due to fraud and lack of standing;**

3. **Find that Judge Bradley G. Harper's conduct has deprived Defendant of due process, further necessitating federal jurisdiction;**

4. **Grant any other relief the Court deems just and equitable.**

Dated this 27th day of February, 2025.

By: _____
Michael Dean, Owner/Surety
1190 Bimini Lane
Palm Beach, Florida

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a TRUE AND CORRECT COPY of the above titled document was served upon the following parties via Certified US Mail:

ALAW (Albertelli Law)
c/o **Lauren Heggestad**, d/b/a MANAGING ATTORNEY
5404 Cypress Center Drive, #300
Tampa, Florida 33609
Email: lheggestad@alaw.net
CERTFIED MAIL NO.: 9589071052702291390270
RETURN RECEIPT NO.: 9590940289454064305079

By: _____
Michael Dean, Authorized Representative